| Attorney or Party Name, Address, Telephone and Fax Number and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID R. WEINSTEIN (State Bar No. 082881)<br>ARAM ORDUBEGIAN (State Bar No. 185142)<br>WEINSTEIN, EISEN, WEISS & ROTHSCHILD LLP<br>1925 Century Park East, Suite 1150<br>Los Angeles, California 90067<br>Tel: (310) 203-9393<br>Fax: (310) 203-8110<br><br>Attorney for Plaintiff Carrie Quinn | **FILED**<br>JUL 2 5 2002<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>**ENTERED**<br>JUL 2 6 2002<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>WILLIAM PARKE BARRY,<br><br>                                    Debtor. | |
|---|---|
| CARRIE QUINN,<br><br>                                    Plaintiff(s).<br><br>vs.<br><br>WILLIAM PARKE BARRY,<br><br>                                    Defendant(s). | CHAPTER ___7___<br><br>CASE NUMBER LA 01-48011-ER  TD<br><br>ADVERSARY NUMBER AD 02-01475-ER  TD<br><br>DATE:   June 20, 2002<br>TIME:   9:30 a.m.<br>PLACE: Courtroom ~~1568~~ 1345<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

## STATUS CONFERENCE AND SCHEDULING ORDER
## PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(1)(c)

1.   A Status Conference took place as follows:

   a. Date: 6/20/02      b. Time: 9:30 am      c. Courtroom: ~~1568~~ 1345      d. Judge: E. Robles

   e.   ☐   Plaintiff present in Court (Name):
   f.   X   Attorney for Plaintiff present in Court (Name): Aram Ordubegian
   g.   X   Defendant present in Court (Name): William M. Burd
   h.   X   Other parties and counsel present as reflected in the Court record

2.   This matter is disposed as follows:
   a.   ☐   Continued to the following date for a further Status Conference:
   b.   ☐   Joint Status Report due on (specify date):
   c.   ☐   The last day to join other parties and to amend pleadings is (specify date):
   d.   ☐   The last day to file pre-trial motions is (specify date):
   e.   X   The last day to conduct discovery is (specify date):  October 31, 2002
   f.   X   The Joint Pre-Trial Order is due on (specify date): Pursuant to the Local Bankruptcy Rules

**(This Order is continued on the next page)**

*Rev 5/98*   This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7016-1.2**

Status Conference and Scheduling Order - Page 2

F 7016-1.2

| In re | CHAPTER ___7___ |
| WILLIAM PARKE BARRY | CASE NUMBER   LA 01-48011-ER |

g.   X   A Pre-Trial Conference is set for (specify date) : ~~November 21, 2002 at 10:30 a.m.~~   *December 5, 2002 at 10:00 a m ERP*

   ❏   No Pre-Trial Conference is required

h.   ❏   Estimate of time for trial (specify number of hours):

i.   ~~X~~   ~~The Trial is set for:~~   ~~Date: week of 12/16/02~~   ~~Time: 2:00 p.m.~~ *ERP*

j.   ❏   Dismissed for failure to appear or prosecute   ❏ with prejudice   ❏ without prejudice

k.   ❏   Notice of next Status Conference or Pre-Trial Conference date is waived

l.   ❏   Other (specify):

Dated:   JUL 2 5 2002

*[signature]*
THE HONORABLE ERNEST ROBLES
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

*(This Order is continued on the next page)*

F 7016-1.2

| In re | CHAPTER ___7___ |
|---|---|
| WILLIAM PARKE BARRY | CASE NUMBER   LA 01-48011-ER |

## DECLARATION OF SERVICE BY MAIL

I, PATRICIA ROJAS, the undersigned, hereby declares:

I am employed in the County of Los Angeles, State of California by the firm of WEINSTEIN, EISEN & WEISS, a Professional Corporation, 1925 Century Park East, Suite 1150, Los Angeles, California 90067-2712.  I am over the age of 18 and not a party in the within action.

On June 27, 2002, I served the foregoing document described as

STATUS CONFERENCE AND SCHEDULING ORDER

by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Counsel for Defendant
William M. Burd
Burd & Naylor
200 West Santa Ana Blvd., Suite 400
Santa Ana, CA 92701

( x )   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(  )   Via Fax, I caused the above-referenced document(s) to be transmitted to the above-named persons.

(  )   Via Messenger Delivery

(  )   Via Overnight Mail

(  )   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( x )   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 27, 2002 at Los Angeles, California.

*Patricia Rojas*

PATRICIA ROJAS

(This Order is continued on the next page)

F 7016-1.2

Status Conference and Scheduling Order - Page 4

**F 7016-1.2**

| | |
|---|---|
| In re<br><br>WILLIAM PARKE BARRY | CHAPTER ___7___<br><br>CASE NUMBER   LA 01-48011-ER |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:                                                            )

WILLIAM PARKE BARRY,                     )

                                    Debtor.        )

CASE NUMBER LA 01-48011-ER
CHAPTER 7
ADVERSARY NUMBER AD 02-01475-ER

**NOTICE OF ENTRY OF ORDER AND
CERTIFICATE OF MAILING**

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

     You are hereby notified, pursuant to Bankruptcy Rule 9022 and Local Bankruptcy Rule 9021-1(1)(a)(v) that an order entitled STATUS CONFERENCE AND SCHEDULING ORDER was entered on _____JUL 2 6 2002_____.

     I hereby certify that I mailed a copy of this notice and a true copy of the order to the following persons and entities on _____JUL 2 9 2002_____.

Counsel for Defendant
William M. Burd
Burd & Naylor
200 West Santa Ana Blvd., Suite 400
Santa Ana, CA 92701

Attorneys for Plaintiff
Aram Ordubegian
WEINSTEIN, EISEN, WEISS & ROTHSCHILD LLP
1925 Century Park East, #1150
Los Angeles, CA 90067

Dated:   JUL 2 9 2002                    JON D. CERETTO, CLERK

By _____
                    Deputy Clerk

## NOTICE OF ENTRY OF ORDER

*Rev 5/98*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7016-1.2**